[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-11634
Non-Argument Calendar
_____

D.C. Docket No. 1:10-cr-00187-WS-C-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TIEKERON MARTIN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(March 21, 2013)

Before HULL, WILSON and JORDAN, Circuit Judges

PER CURIAM:

William Gregory Hughes, appointed counsel for Tiekeron Martin in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Martin's conviction and sentence are **AFFIRMED**.

We **REMAND** for the sole purpose of correcting the judgment to reflect Martin's conviction for conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846.  *See United States v. Wimbush*, 103 F.3d 968, 970 (11th Cir. 1997) (affirming a defendant's sentence while remanding for the sole purpose of correcting a typographical error in the judgment).